3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ISAAC HILARIO GONZALEZ RUIZ      *

VS                               *   C.A. NO. B-01-077

CAMERON COUNTY, TEXAS            *

## O R D E R

The above-captioned and numbered cause of action has been referred to this Court for pretrial management. An initial pretrial conference is hereby set for May 31, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 14th day of May 2001.

/s/ Felix Recio

Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX   78520
956/548-2701