4

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

Law Clerk:   Jessica R Dart

United States District Court
Southern District of Texas
FILED
MAY 3 1 2001
Michael N. Milby
Clerk of Court

Date:    May 31, 2001, 2 pm

---

# C.A. NO. B01-077 (HGT)

---

| | | |
|---|---|---|
| ISAAC HILARIO GONZALEZ RUIZ | * | A. C. Nelson, James E. Belton, and Ignacio Torteya, III |
| VS | * | |
| CAMERON COUNTY, TEXAS | * | Richard O Burst & Dylbia L Jefferies |

---

### INITIAL PRETRIAL CONFERENCE

Attorneys Nelson, Belton, and Burst appeared.

The parties are considering submitting a 28 U.S.C. 636(c) Consent.

The parties agreed to the scheduling dates. An order shall be issued.

ClibPDF - www.fastio.com