5

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

ISAAC HILARIO GONZALEZ RUIZ                §

    VS                                   §   C.A. NO. B-01-077
                                                            (Judge Tagle)

CAMERON COUNTY, TEXAS                      §

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days.                         ☐ Bench   ☑ Jury

2. All amended pleadings shall be filed by:                          **September 30, 2001**

3. New parties must be joined by:                                    **October 30, 2001**
   *Furnish a copy of this scheduling order to new parties.*

4. The plaintiff(s)' experts will be named with a report furnished
   by:                                                               **September 30, 2001**

5. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.     **October 30, 2001**

6. Discovery must be completed by:                                   **November 15, 2001**
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ********************

7. Dispositive Motions will be filed by:                             **December 15, 2001**

8. Joint pretrial order is due:                                      **February 15, 2002**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

9. Docket call and final pretrial conference before Judge Tagle
   is set for 1:30 p.m. on:                                          **March 1, 2002**
   *The case will remain on standby until tried.*

10. The jury selection before Judge Tagle is set for 9:00 a.m. on:   **March 4, 2002**

The case will remain on standby until tried.

Signed __June 18, 2001__, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge