UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

ISAAC HILARIO GONZALEZ RUIZ            §

   VS                              §     C.A. NO. B-01-077
                 (Judge Tagle)
CAMERON COUNTY, TEXAS                  §

## CORRECTED SCHEDULING ORDER

1.  Trial: Estimated time to try: __4__ days.    ☐ Bench   ☑ Jury

2.  All amended pleadings shall be filed by:    **September 30, 2001**

3.  New parties must be joined by:    **October 30, 2001**
    *Furnish a copy of this scheduling order to new parties.*

4.  The plaintiff(s)' experts will be named with a report furnished by:    **September 30, 2001**

5.  The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.    **October 30, 2001**

6.  Discovery must be completed by:    **November 15, 2001**
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************  The court will provide these dates.  ********************

7.  Dispositive Motions will be filed by:    **December 15, 2001**

8.  Joint pretrial order is due:    **February 15, 2002**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

9.  Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:    **March 7, 2002**
    *The case will remain on standby until tried.*

10. The jury selection before Judge Tagle is set for 9:00 a.m. on:    **March 11, 2002**

The case will remain on standby until tried.

Signed __July 17, 2001__, at Brownsville, Texas.

                    Felix Recio
                 United States Magistrate Judge