

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 8 2001

Michael N. Milby
Clerk of Court

| ISAAC HILARIO GONZALEZ RUIZ | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-077 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |

## MOTION FOR EXPANSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, ISAAC HILARIO GONZALEZ RUIZ, and would move this Court for a Rescheduling of the Corrected Scheduling Order, signed on July 17, 2001, on the Plaintiff's and Defendant's experts and as grounds therefore would show as follows:

I.

The Court entered a Scheduling Order requiring the Plaintiff's Experts to be named, with a report furnished by September 30, 2001. The Defendant's Experts was to be named, with a report, by October 30, 2001. With all discovery completed by November 15, 2001.

II.

The Plaintiff, ISAAC HILARIO GONZALEZ RUIZ, has been living in Ciudad Mante, Tamaulipas, Mexico and is unable to legally enter the United States and continues to have medical problems. Due to the circumstances, Plaintiff's counsel have not been able to get

Plaintiff to see medical doctors in the United States for an evaluation and of the same reason, Plaintiff's experts are not ready to be designated.

III.

Plaintiff's attorneys have conferred with Defendant's attorney, Mr. Richard O. Burst, and he is not opposed to changing the time on the designation of Plaintiff's experts.

IV.

Plaintiff is not opposed to expanding the Defendant's time for designating their experts an equal amount of time.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to reschedule the time line for designation of Plaintiff's and Defendant's experts.

Respectfully Submitted,

_____
A. C. Nelson
Fed. I.D. No 3839
State Bar No. 14885600
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601
(956) 541-1488 [Fax]
ATTORNEY IN CHARGE FOR PLAINTIFF

James E. Belton
State Bar No. 02111500
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 544-1082
(956) 541-1488 [Fax]

## CERTIFICATE OF CONFERENCE

I, A. C. Nelson, have conferred with Richard O. Burst, on this Motion for Expansion of Time and he is not opposed.

_____
A. C. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2001, a true and correct copy of the above **Motion for Expansion of Time** was served by Via Certified Mail, RRR, to the Attorney for Defendant, Richard O. Burst, Civil Legal Dept., Commissioner's Court, 964 E. Harrison Street, Brownsville, Texas 78520.

_____
A. C. Nelson

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISAAC HILARIO GONZALEZ RUIZ | § § | |
| v. | § § | CIVIL ACTION NO. B-01-077 |
| CAMERON COUNTY, TEXAS | § § | |

ORDER ON MOTION FOR EXPANSION OF TIME

On this _____ day of _____, 2001 came on to be considered Plaintiff's Motion for Expansion of Time on the Scheduling Order, signed on July 17, 2001, and after having considering the same, the Court is of the opinion that it should be Granted.

IT IS THEREFORE ORDERED, that a conference on the Scheduling Order is hereby set for the _____ day of October, 2001 at _____ ____.m.

SIGNED on this _____ day of _____, 2001.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE