

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 15 2001

| | | |
|---|---|---|
| ISAAC HILARIO GONZALEZ RUIZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-077 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |

## UNOPPOSED MOTION FOR NEW SCHEDULING ORDERING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, ISAAC HILARIO GONZALEZ RUIZ, and would move this Court for an Amended Scheduling Order providing for an extension of time on discovery.

I.

The Court entered a Scheduling Order requiring all discovery to be completed by November 15, 2001.

II.

The Plaintiff, ISAAC HILARIO GONZALEZ RUIZ, has been living in Ciudad Mante, Tamaulipas, Mexico and is unable to legally enter the United States and continues to have medical problems. Due to the circumstances, Plaintiff's counsel have not been able to get the Immigration and Naturalization Service to allow Plaintiff to enter the United States legally so Plaintiff may be able to see medical doctors in the United States for an evaluation and for the same reason, his deposition has not been taken and discovery has not been completed.

III.

Plaintiff's attorney has conferred with Defendant's attorney, Mr. Richard O. Burst, and he is not opposed hereto, as long as he gets equal time for designation of experts and discovery.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to enter a new Scheduling Order allowing Plaintiff and Defendant time to continue the discovery.

Respectfully Submitted,

_____
A. G. Nelson
Fed. I.D. No 3839
State Bar No. 14885600
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601
(956) 541-1488 [Fax]
ATTORNEY IN CHARGE FOR PLAINTIFF

James E. Belton
State Bar No. 02111500
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 544-1082
(956) 541-1488 [Fax]

## CERTIFICATE OF CONFERENCE

I, A. C. Nelson, have conferred with Richard O. Burst, on this Unopposed Motion for New Scheduling Order and he is not opposed.

_____
A. C. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2001, a true and correct copy of the above **Unopposed Motion for New Scheduling Order** was served by Via Facsimile and first class mail, to the Attorney for Defendant, Richard O. Burst, Civil Legal Dept., Commissioner's Court, 964 E. Harrison Street, Brownsville, Texas 78520.

_____
A. C. Nelson