//

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| ISAAC HILARIO GONZALEZ RUIZ | § | |
|---|---|---|
| VS | § | C.A. NO. B-01-077 |
| | | (Judge Tagle) |
| CAMERON COUNTY, TEXAS | § | |

United States District Court
Southern District of Texas
FILED

NOV 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER GRANTING UNOPPOSED
MOTION FOR NEW SCHEDULING ORDERING

On this day came on to be considered the Unopposed Motion for New Scheduling Ordering in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

1.  All amended pleadings shall be filed by:                                                December 02, 2001

2.  New parties must be joined by:                                                          December 28, 2001
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:                     December 02, 2001

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.                           January 02, 2002

5.  Discovery must be completed by:                                                         January 15, 2002
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

********************     The court will provide these dates.     ********************

6.  Dispositive Motions will be filed by:                                                   February 15, 2002

7.  Joint pretrial order is due:                                                            March 15, 2002
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Tagle
    is set for 1:30 p.m. on:                                                                April 04, 2002
    *The case will remain on standby until tried*

9.  The jury selection before Judge Tagle is set for 9:00 a.m. on:                          April 08, 2002

The case will remain on standby until tried.

Signed November 21, 2001, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge