12

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISAAC HILARIO GONZALEZ RUIZ | § § | |
| v. | § § | CIVIL ACTION NO. B-01-077 |
| CAMERON COUNTY, TEXAS | § | |

## AGREED MOTION FOR EXPANSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, ISAAC HILARIO GONZALEZ RUIZ, and would move this Court for an expansion of the discovery deadlines and as grounds therefore would show as follows:

I.

The Court entered a Scheduling Order requiring all discovery to be completed by January 15, 2002.

II.

More time is necessary to complete discovery on this case.

III.

This agreement to expansion of time will not interfere with any other deadlines.

MOTION FOR EXPANSION OF TIME
Issac Hilario GonzalezRuiz v. Cameron County, Texas

PAGE 1

## IV.

Plaintiff's attorneys have conferred with Defendant's attorney, Mr. Richard O. Burst and he is not opposed to extending the time on the discovery deadlines until February 10, 2002.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to extend the time for discovery.

Respectfully Submitted,

_____
A. C. Nelson
Fed. I.D. No 3839
State Bar No. 14885600
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601
(956) 541-1488 [Fax]
ATTORNEY IN CHARGE FOR PLAINTIFF

James E. Belton
State Bar No. 02111500
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 544-1082

## CERTIFICATE OF CONFERENCE

I, A. C. Nelson, have conferred with Richard O. Burst, on this Motion for Expansion of Time and he is not opposed.

_____
A. C. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2002, a true and correct copy of the above **Agreed Motion for Expansion of Time** was served by Via Certified Mail, RRR, to the Attorney for Defendant, Richard O. Burst, Civil Legal Dept., Commissioner's Court, 964 E. Harrison Street, Brownsville, Texas 78520.

_____
A. C. Nelson