```
                                                          United States District Court
                                                           Southern District of Texas
                                                                   ENTERED
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAN 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ISAAC HILARIO GONZALEZ RUIZ** | § § § | |
| v. | § | CIVIL ACTION NO. B-01-077 |
| **CAMERON COUNTY, TEXAS** | § § | |

## ORDER ON MOTION FOR EXPANSION OF TIME

On this 17th day of January, 2002 came on to be considered Plaintiff's Agreed Motion for Expansion of Time for Discovery, and after having considering the same, the Court is of the opinion that it should be Granted.

IT IS THEREFORE ORDERED, that the Scheduling Order is amended and the deadline for completion of Discovery is extended until February 10, 2002.

SIGNED on this 17th day of January, 2002.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE