IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISAAC HILARIO GONZALEZ RUIZ | § § | |
| v. | § § | CIVIL ACTION NO. B-01-077 |
| CAMERON COUNTY, TEXAS | § § | |

**PLAINTIFF'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ISAAC HILARIO GONZALEZ RUIZ, Plaintiff in the above-entitled and numbered cause and moves this Court for an order dismissing the case against CAMERON COUNTY, TEXAS, Defendant herein, and in support thereof would respectfully show the Court as follows:

I.

Plaintiffs no longer desires to prosecute its suit against Defendant as the parties have compromised and settled their dispute.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to enter an Order Dismissing this suit with prejudice as to Defendant, CAMERON COUNTY, TEXAS.

Respectfully submitted,

_A. C. Nelson_
A. C. Nelson
State Bar No.: 14885600
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601
(956) 541-1488 [Fax]
Fed ₸ 3837

James E. Belton
State Bar No. 02111500
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 544-1082

## CERTIFICATE OF CONFERENCE

I, A. C. Nelson, have conferred with Richard O. Burst, on Plaintiff's Motion to Dismiss and he is in agreement with the same.

_A. C. Nelson_
A. C. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of February, 2002, a true and correct copy of the foregoing Plaintiff's Motion to Dismiss has been forwarded by Via Facsimile and First Class Mail to the following:

**Via Facsimile (956) 550-1348**
Mr. Richard O. Burst
CAMERON COUNTY COMMISSIONERS' COURT
964 East Harrison Street
Brownsville, Texas 78520

_A.C. Nelson_
A.C. NELSON