/i

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISAAC HILARIO GONZALEZ RUIZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-077 |
| | § | |
| CAMERON COUNTY, TEXAS | § | |

## AGREED ORDER TO DISMISS

On this day came on to be considered Plaintiffs' Motion to Dismiss suit against CAMERON COUNTY, TEXAS, Defendant in the above entitled action. Upon the parties informing the Court that this matter has been compromised and settled, Plaintiff and Defendant therefore pray that all causes as to CAMERON COUNTY, TEXAS, Defendant be dismissed, with prejudice, in accordance with the settlement agreement of the parties. The Court is of the opinion that a dismissal is warranted and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that the above entitled action against CAMERON COUNTY, TEXAS, Defendant be, and it is hereby, DISMISSED with prejudice against all parties to file same or similar actions, with court costs to be borne against party incurring same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

SIGNED this the _____ day of _____, 2002.


_____
PRESIDING JUDGE